371 A.2d 239
Commonwealth v. Saltzman, Appellant.

Submitted March 22, 1976. Michael S. Barranco, Assistant Public Defender, and John R. Merrick, Public Defender, for appellant; Paula

Francisco, Assistant District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court is reversed insofar as it imposed the costs of prosecution on the appellant. The case is remanded with instructions to hold a hearing on the issues raised by appellant's application.